**Fahd Faisal AL KARSHI, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 02–73236,**

United States Court of Appeals, Ninth Circuit.

---

[**] Honorable David C. Bury, United States District Judge for the District of Arizona, sitting by designation.

Submitted April 15, 2004.*

Decided May 20, 2004.

Samuel Maina, Law Offices of S. Ouya Maina, San Francisco, CA, for Petitioner.

Fahd Faisal Al Karshi, San Francisco, CA, pro se.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Earle B. Wilson, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: WALLACE, KOZINSKI and THOMAS, Circuit Judges.

## MEMORANDUM **

We affirm the BIA's finding that Al Karshi suffered no past persecution, and therefore no presumption of future persecution arises. Al Karshi did not present sufficient evidence to support a finding of future persecution. *See Halaim v. INS*, 358 F.3d 1128, 1131–32 (9th Cir.2004).

**PETITION DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

